Case Number: 2:23-cv-07970

# ATTACHMENT A

*Attorneys for Plaintiff:*

**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming.

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

Case Number: 2:23-cv-07970

# ATTACHMENT B

*Section VI Cause of Action:*

Plaintiff brings conversion/trespass to chattels, breach of bailment, and negligence claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–80, and California state law; Fourth Amendment search-and-seizure claims under *Bivens*, the Westfall Act, California's Bane Act, and directly under the Fourth Amendment; and an as-applied Due Process Claim directly under the Fifth Amendment. Plaintiff also brings his claims under the Declaratory Judgments Act, 28 U.S.C. §§ 2201, 2202, as well as directly under the U.S. Constitution. Plaintiff seeks damages for the loss of his property and declaratory relief that the Constitution entitles him to a remedy for the loss of his property.

Case Number: 2:23-cv-07970

## ATTACHMENT C

*Related Cases:*

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *Jeni Pearsons, et al. v. U.S., et al.* | No. 23-cv-7952 | Assignment pending |
| *U.S. v. U.S. Private Vaults* | No. 21-cr-106 | Hon. Mark C. Scarsi |
| *John Doe v. U.S., et al.* | No. 21-cv-2803 | Hon. R. Gary Klausner |
| *James Poe v. U.S., et al.* | No. 21-cv-2900 | Hon. R. Gary Klausner |
| *Richard Roe v. U.S., et al.* | No. 21-cv-2919 | Hon. R. Gary Klausner |
| *Michael Moe v. U.S., et al.* | No. 21-cv-2990 | Hon. R. Gary Klausner |
| *Charles Coe v. U.S., et al.* | No. 21-cv-3019 | Hon. R. Gary Klausner |
| *Does 1-6 v. U.S., et al.* | No. 21-cv-3254 | Hon. R. Gary Klausner |
| *Michael Magee v. U.S., et al.* | No. 21-cv-3294 | Hon. R. Gary Klausner |
| *Mitchell Magee v. U.S., et al.* | No. 21-cv-3298 | Hon. R. Gary Klausner |
| *Louis Loe v. U.S., et al.* | No. 21-cv-3348 | Hon. R. Gary Klausner |
| *Dr. Linda R., et al. v. U.S.* | No. 21-cv-3554 | Hon. R. Gary Klausner |
| *John Joe v. U.S., et al.* | No. 21-cv-4366 | Hon. R. Gary Klausner |
| *Paul Snitko, et al. v. U.S.* | No. 21-cv-4405 | Hon. R. Gary Klausner |
| *Peter Gallagher v. U.S.* | No. 21-cv-5073 | Hon. R. Gary Klausner |
| *Jack Doe, et al. v. U.S., et al.* | No. 21-cv-5695 | Hon. R. Gary Klausner |

Case Number: 2:23-cv-07970

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *Donald Leo Mellein, et al. v. U.S., et al.*[1] | No. 21-cv-6588 | Hon. R. Gary Klausner |
| *United States v. $305,000* | No. 21-cv-6968 | Hon. R. Gary Klausner |
| *United States v. $341,500.00* | No. 21-cv-6967 | Hon. R. Gary Klausner |
| *United States v. $399,000.00* | No. 21-cv-6966 | Hon. R. Gary Klausner |
| *United States v. $600,980.00* | No. 21-cv-6965 | Hon. R. Gary Klausner |
| *United States v. $599,870.00 Plus Coins, et al.* | No. 21-cv-7078 | Magistrate Judge Steve Kim |
| *United States v. $462,880.00 Plus Jewelry* | No. 21-cv-7077 | Hon. Fernando M. Olguin |
| *United States v. $400,000.00* | No. 21-cv-7153 | Hon. Philip S. Gutierrez |
| *United States v. $240,000.00 and Misc. Precious Items* | No. 21-cv-7155 | Hon. Philip S. Gutierrez |
| *United States v. $1,500,090.00* | No. 21-cv-7192 | Hon. Stephen V. Wilson |
| *United States v. $709,900.00* | No. 21-cv-7191 | Hon. R. Gary Klausner |
| *United States v. $250,000.00* | No. 21-cv-7188 | Hon. R. Gary Klausner |
| *United States v. $914,700.00* | No. 21-cv-7242 | Hon. R. Gary Klausner |
| *United States v. $150,900.00* | No. 21-cv-7231 | Hon. Fernando L. Aenlle-Rocha |
| *United States v. $1,083,740.00* | No. 21-cv-7279 | Hon. R. Gary Klausner |
| *United States v. $1,182,500.00* | No. 21-cv-7286 | Hon. Christina A. Snyder |

---

[1] Plaintiff here was also a plaintiff in case no. 21-cv-6588, which was dismissed without prejudice.

Case Number: 2:23-cv-07970

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *United States v. $1,207,685.00* | No. 21-cv-7276 | Hon. Dolly M. Gee |
| *United States v. $443,000.00* | No. 21-cv-7315 | Hon. Fred W. Slaughter |
| *United States v. $1,479,100.00* | No. 21-cv-7311 | Hon. John A. Kronstadt |
| *United States v. $256,276.00, et al.* | No. 21-cv-7310 | Hon. Christina A. Snyder |
| *United States v. $325,680.00* | No. 21-cv-7331 | Hon. R. Gary Klausner |
| *United States v. $274,030.00* | No. 21-cv-7481 | Hon. R. Gary Klausner |
| *United States v. $330,020* | No. 21-cv-7472 | Hon. R. Gary Klausner |
| *United States v. $199,950.00* | No. 21-cv-7487 | Hon. R. Gary Klausner |
| *United States v. $154,600.00* | No. 21-cv-7484 | Hon. R. Gary Klausner |
| *United States v. $1,194,750.00* | No. 21-cv-7477 | Hon. R. Gary Klausner |
| *United States v. $570,000.00* | No. 21-cv-7463 | Hon. R. Gary Klausner |
| *United States v. $340,000.00, et al.* | No. 21-cv-7505 | Hon. Mark C. Scarsi |
| *United States v. $200,000.00* | No. 21-cv-7566 | Hon. R. Gary Klausner |
| *United States v. $217,285.00 and Two Rolex Watches, et al.* | No. 22-cv-0015 | Hon. R. Gary Klausner |
| *United States v. Cryptocurrency* | No. 22-cv-0556 | Hon. Christina A. Snyder |
| *Doe 1, et al. v. United States, et al.* | No. 22-cv-1722 | Hon. R. Gary Klausner |
| *United States v. $726,300.00, and 196 Misc. Collectible Coins* | No. 22-cv-5908 | Hon. Stanley Blumenfeld, Jr. |