| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| THE VORA LAW FIRM, P.C.<br>Lou Egerton-Wiley (SBN 323482), lou@voralaw.com<br>Nilay U. Vora (SBN 268339), nvora@voralaw.com<br>Jeffrey Atteberry (SBN 266728), jatteberry@voralaw.com<br>201 Santa Monica Blvd., Ste. 300<br>Santa Monica, California 90401<br>Tel. (424) 258-5190 | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONALD LEO MELLEIN, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-07970 |
| v. | |
| UNITED STATES OF AMERICA, et al. | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Donald Leo Mellein, Plaintiff | |
| 2. United States of America, Defendant | See Attachment |
| 3. FBI Special Agent Lynne Zellhart, Defendant | |
| 4. DOES 1 through 5, FBI agents, Defendants | |

| 9/22/203 | s/ Lou Egerton-Wiley |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

_____