**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LEO MELLEIN,**<br><br>  Plaintiff,<br><br>  v.<br><br>**UNITED STATES OF AMERICA;**<br>**Federal Bureau of Investigation**<br>**Special Agent LYNNE ZELLHART,**<br>**in her individual capacity; and DOES**<br>**1 through 5, Federal Bureau of**<br>**Investigation agents in their**<br>**individual capacities,**<br><br>  Defendants. | Case No. 2:23-cv-07970<br><br>**ATTACHMENT TO**<br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

| PARTY | CONNECTION/INTEREST |
|---|---|
| 1. Donald Leo Mellein, Plaintiff | 1. Is seeking relief in connection with the loss of his property. |
| 2. United States of America, Defendant | 2. Potentially liable to Plaintiff for loss of property. |
| 3. FBI Special Agent Lynne Zellhart, Defendant | 3. Potentially liable to Plaintiff for loss of property. |
| 4. DOES 1 through 5, FBI agents, Defendants | 4. Potentially liable to Plaintiff for loss of property. |