**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission *pro hac vice* forthcoming

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-07970<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

1  Plaintiff Donald Leo Mellein, hereby provides notice of pendency pursuant
2  to Local Rule 83-1.4.1.
3  The above-captioned action involves part of the subject matter of the
4  following pending action:
5   a) <u>Description</u>: *Snitko et al. v. United States et al.*, No. 22-56050
6   b) <u>Court</u>: United States Court of Appeals for the Ninth Circuit
7   c) <u>Parties</u>:

| <u>Plaintiffs-Appellants</u> | <u>Defendants-Appellees</u> |
|---|---|
| Paul Snitko | United States of America |
| Jennifer Snitko | E. Martin Estrada, in his official capacity as Acting United States Attorney for the Central District of California |
| Joseph Ruiz | |
| Tyler Gothier | |
| Jeni Verdon-Pearsons | Donald Alway, in his official capacity as an Assistant Director of the Federal Bureau of Investigation |
| Michael Storc | |
| Travis May | |

   d) <u>Attorneys</u>:

| <u>Plaintiffs-Appellants</u> | <u>Defendants-Appellees</u> |
|---|---|
| Robert Peller Frommer<br>Email: rfrommer@ij.org<br>Joseph Gay<br>Email: jgay@ij.org<br>Michael Greenberg<br>Email: mgreenberg@ij.org<br>Direct: 703-682-9320<br>Institute for Justice<br>901 N Glebe Road<br>Suite 900<br>Arlington, VA 22203 | Andrew Brown<br>Direct: 213-894-0102<br>Email: andrew.brown@usdoj.gov<br>DOJ - Office of the U.S. Attorney<br>312 N Spring Street, Suite 1200<br>Los Angeles, CA 90012<br><br>Maxwell K. Coll<br>Direct: 213-894-1785<br>Email: maxwell.coll@usdoj.gov<br>DOJ - Office of the U.S. Attorney<br>312 N Spring Street<br>Suite 1200<br>Los Angeles, CA 90012 |

<u>Plaintiffs-Appellants (cont.)</u>

Robert Johnson
Direct: 703-682-9320
Email: rjohnson@ij.org
Institute for Justice
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120

Nilay U. Vora, Attorney
Direct: 424-258-5190
Email: nvora@voralaw.com
The Vora Law Firm, P.C.
201 Santa Monica Boulevard, Suite 300

<u>Defendants-Appellees (cont.)</u>

Victor Augustus Rodgers
Direct: 213-894-2419
Email: victor.rodgers@usdoj.gov
DOJ - Office of the U.S. Attorney
312 N Spring Street
Suite 1200
Los Angeles, CA 90012

Bram M. Alden
Email: usacac.crimappeals@usdoj.gov
DOJ - Office of the U.S. Attorney
312 N Spring Street
Suite 1200
Los Angeles, CA 90012

e) <u>Factual Statement</u>: Both this lawsuit and *Snitko v. United States* originated with the government's March 22, 2021, raid of U.S. Private Vaults (USPV), a private safe-deposit box company that operated in Beverly Hills, California. *Snitko* is a class-action lawsuit about whether the Fourth Amendment permitted the government to open and search the safe-deposit boxes. This case centers on obtaining a remedy for the individual Plaintiff, who stored personal property in his safe-deposit box at USPV that was lost after the government took custody of it during the raid. The cases therefore involve different legal theories and different forms of relief, and they challenge different aspects of the government's USPV raid. The two cases will nevertheless involve some factual overlap regarding the execution of the raid and the conduct of the ensuing searches.

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Dated: September 22, 2023

Respectfully Submitted,

/s/ Lou Egerton-Wiley

**INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
16781 Chagrin Blvd. Suite 256
rjohnson@ij.org
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Applications for admission
  *pro hac vice* forthcoming

**THE VORA LAW FIRM, P.C.**
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiff*