Name and address:
THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DONALD LEO MELLEIN

Plaintiff(s)

v.

UNITED STATES OF AMERICA, et al.

Defendant(s).

CASE NUMBER

2:23-cv-07970-CBM-MAA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frommer, Robert P.   of   Institute for Justice
                            901 N. Glebe Road, Suite 900
                            Arlington, VA  22203

*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320    (703) 682-9321
*Telephone Number*   *Fax Number*

rfrommer@ij.org
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
DONALD LEO MELLEIN

*Name(s) of Party(ies) Represented*   [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel
Egerton-Wiley, Lou   of   THE VORA LAW FIRM, P.C.
                           201 Santa Monica Boulevard, Suite 300
                           Santa Monica, California 90401

*Designee's Name (Last Name, First Name & Middle Initial)*

323482        (424) 258-5190
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lou@voralaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
             [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
             [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  [ ] be refunded  [ ] not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge