Name and address:

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONALD LEO MELLEIN | CASE NUMBER |
|---|---|
|  | 2:23-cv-07970-CBM-MAA |
| v. Plaintiff(s) |  |
| UNITED STATES OF AMERICA, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). |  |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Johnson, Robert E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320
*Telephone Number*

(703) 682-9321
*Fax Number*

rjohnson@ij.org
*E-Mail Address*

Institute for Justice
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DONALD LEO MELLEIN

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Egerton-Wiley, Lou
*Designee's Name (Last Name, First Name & Middle Initial)*

323482
*Designee's Cal. Bar No.*

(424) 258-5190
*Telephone Number*

*Fax Number*

lou@voralaw.com
*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**