Name and address:

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONALD LEO MELLEIN

Plaintiff(s)

v.

UNITED STATES OF AMERICA, et al.

Defendant(s).

CASE NUMBER

2:23-cv-07970-CBM-MAA

~~(PROPOSED)~~ ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*  **[13] [17]**

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gay, Joseph R.                                                 of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320                    (703) 682-9321

*Telephone Number*          *Fax Number*

jgay@ij.org

*E-Mail Address*

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DONALD LEO MELLEIN

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Egerton-Wiley, Lou                                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

323482          (424) 258-5190

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lou@voralaw.com

*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated     **10/6/2023**

_____

U.S. District Judge/~~U.S. Magistrate Judge~~