Name and address:
THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley (SBN 323482)
lou@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-07970-CBM-MAA |
| v. | |
| UNITED STATES OF AMERICA, et al. | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [15] [19] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Johnson, Robert E.      of   Institute for Justice
*Applicant's Name (Last Name, First Name & Middle Initial)*   16781 Chagrin Blvd. Suite 256
(703) 682-9320      (703) 682-9321            Shaker Heights, OH 44120
*Telephone Number*      *Fax Number*
rjohnson@ij.org
*E-Mail Address*                               *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
DONALD LEO MELLEIN

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Egerton-Wiley, Lou       of  THE VORA LAW FIRM, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*  201 Santa Monica Boulevard, Suite 300
323482        (424) 258-5190            Santa Monica, California 90401
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
lou@voralaw.com
*E-Mail Address*                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  10/6/2023                            */s/ Gary Klausner*
                                            U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1