Name and address:
THE VORA LAW FIRM, P.C.
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONALD LEO MELLEIN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-07970-RGK-MAR |
| v. | |
| UNITED STATES OF AMERICA, et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frommer, Robert P.     of    Institute for Justice
                              901 N. Glebe Road, Suite 900
*Applicant's Name (Last Name, First Name & Middle Initial)*    Arlington, VA  22203

(703) 682-9320    (703) 682-9321
*Telephone Number*    *Fax Number*

rfrommer@ij.org
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
DONALD LEO MELLEIN

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: ____

and designating as Local Counsel
Atteberry, Jeffrey    of    THE VORA LAW FIRM, P.C.
                            201 Santa Monica Boulevard, Suite 300
*Designee's Name (Last Name, First Name & Middle Initial)*    Santa Monica, California 90401

266728    (424) 258-5190
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jatteberry@voralaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: ____
             ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
             ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid:  ☐ be refunded   ☐ not be refunded.

Dated ____

U.S. District Judge/U.S. Magistrate Judge