Name and address:

THE VORA LAW FIRM, P.C.
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DONALD LEO MELLEIN | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-07970-RGK-MAR |
| v. | |
| UNITED STATES OF AMERICA, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Johnson, Robert E.
*Applicant's Name (Last Name, First Name & Middle Initial)*        check here if federal government attorney ☐

Institute for Justice
*Firm/Agency Name*

16781 Chagrin Blvd. Suite 256              (703) 682-9320                (703) 682-9321
                                           *Telephone Number*           *Fax Number*

*Street Address*

Shaker Heights, OH 44120                                                rjohnson@ij.org
*City, State, Zip Code*                                                 *E-mail Address*

**I have been retained to represent the following parties:**

| DONALD LEO MELLEIN | ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |
|---|---|
| _____ | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| *SEE SECTION IV | | |
| | | |
| | | |

---

G-64 (09/20)      APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:21-cv-04405-RGK | Paul Snitko, et al. v. United States of America, et al. | 5/27/2021 | Granted 6/04/2021 |
| 2:23-cv-07970-RGK | Donald Leo Mellein v. United States of America, et al. | 9/29/23 & 10/3/23 | Denied 10/11/2023 |
| 2:23-cv-07952-RGK | Jeni Pearsons, et al. v. United States of America, et al. | 10/11/2023 | Pending |
| 2:23-cv-07952-RGK | Jeni Pearsons, et al. v. United States of America, et al. | 10/5/2023 | Struck 10/10/2023 |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

The pro hac vice applications submitted in this case previously at ECF 15 and 19 were denied due to deficiencies associated with the filing of the applications and a difference between associated counsel's name and the name that appears with the California State Bar or the Central District of California. Corrections have been made for a proper filing here.

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  10/11/23

Robert E. Johnson
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Atteberry, Jeffrey
*Designee's Name (Last Name, First Name & Middle Initial)*

The Vora Law Firm, P.C.
*Firm/Agency Name*

201 Santa Monica Blvd.
Suite 300
*Street Address*

Santa Monica, CA 90401
*City, State, Zip Code*

(424) 258-5190
*Telephone Number*          *Fax Number*

jatteberry@voralaw.com
*Email Address*

266728
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  10/11/2023

Jeffrey Atteberry
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY) ✓

Robert Johnson is admitted to the following Federal Courts/State Bars:

U.S. Supreme Court, August 28, 2015, Active Member in Good Standing
U.S. Court of Appeals – 2nd Circuit, January 31, 2018, Active Member in Good Standing
U.S. Court of Appeals – 3rd Circuit, March 29, 2013, Active Member in Good Standing
U.S. Court of Appeals – 4th Circuit, November 30, 2015, Active Member in Good Standing
U.S. Court of Appeals – 7th Circuit, April 5, 2019, Active Member in Good Standing
U.S. Court of Appeals – 8th Circuit, June 15, 2015, Active Member in Good Standing
U.S. Court of Appeals – 9th Circuit, October 16, 2013, Active Member in Good Standing
U.S. Court of Appeals – 11th Circuit, November 16, 2022, Active Member in Good Standing
U.S. Court of Appeals – D.C. Circuit, Nov. 15, 2019, Active Member in Good Standing
U.S. District Court for the District of Columbia, December 7, 2020, Active Member in Good Standing
U.S. District Court for the Eastern District of Virginia, October 31, 2014, Inactive Member in Good Standing

Virginia Bar, June 4, 2012, Bar No. 83219, Inactive Member in Good Standing
District of Columbia Bar, April 1, 2013, Bar No. 1013390, Active Member in Good Standing
Ohio Bar, May 15, 2019, Bar No. 0098498, Active Member in Good Standing