# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN<br><br>v.<br>Plaintiff(s)<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendant(s). | **CASE NUMBER**<br>2:23-cv-07970-RGK-MAR<br><br>~~(PROPOSED)~~ **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [27] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Frommer, Robert P.** of **Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203**

*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320 — *Telephone Number*
(703) 682-9321 — *Fax Number*
rfrommer@ij.org — *E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**DONALD LEO MELLEIN**

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: ____

and designating as Local Counsel

**Atteberry, Jeffrey** of **THE VORA LAW FIRM, P.C., 201 Santa Monica Boulevard, Suite 300, Santa Monica, California 90401**

*Designee's Name (Last Name, First Name & Middle Initial)*

266728 — *Designee's Cal. Bar No.*
(424) 258-5190 — *Telephone Number*
*Fax Number*
jatteberry@voralaw.com — *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated **10/13/2023**

*(signed) Gary Klausner*

U.S. District Judge/~~U.S. Magistrate Judge~~