# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN <br><br> v. <br><br> Plaintiff(s) <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendant(s). | **CASE NUMBER** <br> 2:23-cv-07970-RGK-MAR <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* **[28]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Johnson, Robert E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320 — *Telephone Number*
(703) 682-9321 — *Fax Number*

rjohnson@ij.org
*E-Mail Address*

of Institute for Justice
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
DONALD LEO MELLEIN

*Name(s) of Party(ies) Represented*   [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Atteberry, Jeffrey
*Designee's Name (Last Name, First Name & Middle Initial)*

266728 — *Designee's Cal. Bar No.*
(424) 258-5190 — *Telephone Number*
*Fax Number*

jatteberry@voralaw.com
*E-Mail Address*

of THE VORA LAW FIRM, P.C.
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee if paid: [ ] be refunded  [ ] not be refunded.

Dated  10/13/2023                                 /s/ Gary Klausner
                                                  U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1