UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS









2:23cv7970




NIXIE 910 7E 1 7210/17/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299 2347N290153-00122

US POSTAGE 10/12/2023

Case: 2:23cv7970 Doc: 8

Robert E Johnson
Robert E Johnson Law Offices
2301 East Daily Drive Suite 302
Camarillo, CA 93010

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36597970@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-07970-CBM-MAA Donald Leo Mellein v. United States of America et al Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 9/25/2023 at 3:04 PM PDT and filed on 9/25/2023

| | |
|---|---|
| **Case Name:** | Donald Leo Mellein v. United States of America et al |
| **Case Number:** | 2:23-cv-07970-CBM-MAA |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh)**

**2:23-cv-07970-CBM-MAA Notice has been electronically mailed to:**
Jeffrey A Atteberry jatteberry@voralaw.com, nvora@voralaw.com
Joseph R. Gay jgay@ij.org
Robert E. Johnson cnasca@ij.org, rjohnson@ij.org, kgriffin@ij.org
Nilay U. Vora nvora@voralaw.com
Amy Egerton-Wiley lou@voralaw.com
Robert P. Frommer cnasca@ij.org, rfrommer@ij.org, kgriffin@ij.org
**2:23-cv-07970-CBM-MAA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**