UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MMC DEPUTY

2:23CV7970

(RGK)

BC: 90012333299    Z347N290153-00126

NIXIE    910    7E    1
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER
7210/17/23

Case: 2:23cv7970   Doc: 24

Robert E Johnson
Robert E Johnson Law Offices
2301 East Daily Drive  Suite 302
Camarillo, CA 93010

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36673365@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-07970-RGK-MAR Donald Leo Mellein v. United States of America et al Order on Motion to Appear Pro Hac Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2023 at 2:29 PM PDT and filed on 10/6/2023

| | |
|---|---|
| **Case Name:** | Donald Leo Mellein v. United States of America et al |
| **Case Number:** | 2:23-cv-07970-RGK-MAR |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
**ORDER by Judge R. Gary Klausner GRANTING [15], [19] Non-Resident Attorney Robert E Johnson APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Donald Leo Mellein, designating Lou Egerton-Wiley as local counsel. (jp)**

**2:23-cv-07970-RGK-MAR Notice has been electronically mailed to:**
Jeffrey A Atteberry    jatteberry@voralaw.com, nvora@voralaw.com
Joseph R. Gay    jgay@ij.org
Robert E. Johnson    cnasca@ij.org, rjohnson@ij.org, kgriffin@ij.org
Nilay U. Vora    nvora@voralaw.com
Amy Egerton-Wiley    lou@voralaw.com
Robert P. Frommer    cnasca@ij.org, rfrommer@ij.org, kgriffin@ij.org
**2:23-cv-07970-RGK-MAR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Robert E Johnson
Robert E Johnson Law Offices
2301 East Daily Drive Suite 302
Camarillo CA 93010