# EXHIBIT A

# To Affidavit of Service

9589 0710 5270 1400 8787 08

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Los Angeles, CA 90012

OFFICIAL USE

Certified Mail Fee $4.35
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☒ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $17.05
$
Total Postage and Fees $21.40
$

0907
80
Postmark Here
OCT 16 2023
10/16/2023

Sent To
U.S. Atty's office, C.D. California - Civil Process Clerk
Street and Apt. No., or PO Box No.
Fed. Bldg. 300 N. Los Angeles Street Suite 7516
City, State, ZIP+4®
Los Angeles, CA 90012-3341

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1400 8786 92

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $4.35
$ $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☒ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $9.80
$
Total Postage and Fees $14.15
$

0907
80
Postmark Here
OCT 16 2023
10/16/2023

Sent To
U.S. Atty Gen. Merrick Garland
Street and Apt. No., or PO Box No.
U.S. Dept. of Justice 950 Pennsylvania Ave, NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

