**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DONALD LEO MELLEIN,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA; Federal Bureau of Investigation Special Agent LYNNE ZELLHART, in her individual capacity; and DOES 1 through 5, Federal Bureau of Investigation agents in their individual capacities,**<br><br>Defendants. | Case No. 2:23-cv-07970-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br><br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

I, Kyndra Griffin, declare and state as follows:

1.     At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2.     I am employed by the Institute for Justice in the County of Arlington, State of Virginia. My business address is Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203.

3.     I hereby certify that I was directed to serve defendants by counsel Jeffrey Atteberry of the Vora Law Firm, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4.     I further certify that on **Monday, October 16, 2023** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant Lynne Zellhart:

ECF 1    Complaint

ECF 2    Proposed Summons on the U.S.A. c/o U.S. Attorney General Merrick Garland

ECF 2-1 Proposed Summons on Lynne Zellhart (in her individual capacity)

ECF 2-2 Proposed Summons on DOES 1 through 5, FBI Agents (in their individual capacities)

ECF 3    Civil Coversheet

       ECF 3-1 Attachment to Civil Cover Sheet

ECF 4    Certification and Notice of Interested Parties (Local Rule 7.1-1)

       ECF 4-1  Attachment to Certification and Notice of Interested Parties

ECF 5  Plaintiff's Notice of Related Cases

ECF 6  Notice of Pendency of Other Actions or Proceedings

ECF 7  Notice of Assignment to U.S. District Judge, Consuelo B. Marshall

       -Standing Order of Judge Marshall included in summons packet

AFFIDAVIT OF SERVICE

| | |
|---|---|
| 1 | ECF 8   Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate |
| 2 | Judge |
| 3 | ECF 9   Issued Summons to U.S.A. c/o U.S. Attorney General Merrick |
| 4 | Garland |
| 5 | ECF 9-1 Issued Summons to Lynne Zellhart (in her individual capacity) |
| 6 | ECF 9-2 Issued Summons to DOES 1 through 5, FBI Agents (in their |
| 7 | individual capacities) |
| 8 | ECF 10  Notice of *Pro Hac Vice* Application Due for Joseph Gay |
| 9 | ECF 11  Notice of *Pro Hac Vice* Application Due for Robert Frommer |
| 10 | ECF 12  Notice of *Pro Hac Vice* Application Due for Robert E. Johnson |
| 11 | ECF 13  Joseph R. Gay, Application of Non-Resident Attorney to Appear |
| 12 | *Pro Hac Vice* |
| 13 | ECF 13-1   Proposed Order on Joseph R. Gay *Pro Hac Vice* |
| 14 | Application |
| 15 | ECF 14  Robert P. Frommer, Application of Non-Resident Attorney to |
| 16 | Appear *Pro Hac Vice* |
| 17 | ECF 14-1   Proposed Order on Robert P. Frommer *Pro Hac* |
| 18 | *Vice* Application |
| 19 | ECF 15  Robert E. Johnson, Application of Non-Resident Attorney to Appear |
| 20 | *Pro Hac Vice* |
| 21 | ECF 15-1   Proposed Order on Robert E. Johnson *Pro Hac* |
| 22 | *Vice* Application |
| 23 | ECF 16 Notice to Filer of Deficiencies in E-Filed *Pro Hac Vice* Applications |
| 24 | Document Numbers ECF 13, 14, 15 |
| 25 | ECF 17  Joseph R. Gay, Application of Non-Resident Attorney to Appear |
| 26 | *Pro Hac Vice* |
| 27 | ECF 17-1   Proposed Order on Joseph R. Gay *Pro Hac Vice* |
| 28 | Application |

AFFIDAVIT OF SERVICE

ECF 18   Robert P. Frommer, Application of Non-Resident Attorney to
Appear *Pro Hac Vice*

    ECF 18-1   Proposed Order on Robert P. Frommer *Pro Hac Vice* Application

ECF 19   Robert E. Johnson, Application of Non-Resident Attorney to Appear
*Pro Hac Vice*

    ECF 19-1   Proposed Order on Robert E. Johnson *Pro Hac Vice* Application

ECF 20   Order Re Transfer (Related Cases) to Judge R. Gary Klausner

ECF 21   Standing Order Regarding Newly Assigned Cases – Judge Klausner

ECF 22   Order granting *Pro Hac Vice* Application of Joseph R. Gay

ECF 23   Order granting *Pro Hac Vice* Application of Robert P. Frommer

ECF 24   Order granting *Pro Hac Vice* Application of Robert E. Johnson

ECF 25   Non-Document Order Vacating as Moot the Orders Granting *Pro Hac Vice* Applications Documents ECF 22, 23, 24 and Denying those applications Documents ECF 17, 18, 19, due to deficient name change regarding associated local counsel

ECF 26   Joseph R. Gay, Application of Non-Resident Attorney to Appear
*Pro Hac Vice*

    ECF 26-1   DC Certificate of Good Standing

    ECF 26-2   NY Certificate of Good Standing

    ECF 26-3   Proposed Order on Joseph R. Gay *Pro Hac Vice* Application

ECF 27   Robert P. Frommer, Application of Non-Resident Attorney to
Appear *Pro Hac Vice*

    ECF 27-1   DC Certificate of Good Standing

    ECF 27-2   VA Certificate of Good Standing

3

| | |
|---|---|
| 1 | ECF 27-3   Proposed Order on Robert P. Frommer *Pro Hac* |
| 2 | *Vice* Application |
| 3 | ECF 28   Robert E. Johnson, Application of Non-Resident Attorney to Appear |
| 4 | *Pro Hac Vice* |
| 5 | ECF 28-1   DC Certificate of Good Standing |
| 6 | ECF 28-2   VA Certificate of Good Standing |
| 7 | ECF 28-3   OH Certificate of Good Standing |
| 8 | ECF 28-4   Proposed Order on Robert E. Johnson *Pro Hac* |
| 9 | *Vice* Application |
| 10 | ECF 29   Order granting *Pro Hac Vice* Application of Joseph R. Gay |
| 11 | ECF 30   Order granting *Pro Hac Vice* Application of Robert P. Frommer |
| 12 | ECF 31   Order granting *Pro Hac Vice* Application of Robert E. Johnson |

5.     I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(3):

Lynne Zellhart                                Lynne Zellhart
c/o U.S. Attorney General          c/o U.S. Attorney's Office, C.D. of California
Merrick Garland                           Civil Process Clerk
U.S. Department of Justice         Federal Building
950 Pennsylvania Avenue, NW   300 North Los Angeles Street, Suite 7516
Washington, DC 20530-0001       Los Angeles, California 90012-3341

6.     I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via USPS certified mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Silver Spring, MD.  I requested personal service of true and correct copies of the documents listed in para. 4 to be delivered to Defendant Lynne Zellhart via process server pursuant to Fed. R. Civ. P. 4(e) with proof of service to be filed separately.

4

1          7.    Attached to this affidavit as Exhibit A are true and correct copies of

2    the Certified mail receipts for the above mailings reflecting tracking numbers:

3    9589071052701400878722 (U.S. Attorney General, Merrick Garland) and

4    9589071052701400878739 (U.S. Attorney General for the Central District of

5    California).

6          8.    Attached to this affidavit as Exhibit B are the email notifications

7    showing that package 9589071052701400878722 (U.S. Attorney General, Merrick

8    Garland) was delivered via individual pick-up on Wednesday October 18, 2023 and

9    package 9589071052701400878739 (U.S. Attorney General for the Central District

10   of California) was delivered to the front desk, reception area, or mail room on

11   Wednesday October 18, 2023.

12

13         I declare under penalty of perjury under the laws of the United States that the

14   foregoing is true and correct.

15         Executed this _25th_ day of October, 2023.

16

17

18   _____

19   Kyndra Griffin

20

21

22

23

24

25

26

27

28

5

AFFIDAVIT OF SERVICE