# EXHIBIT A
# To Affidavit of Service



