# EXHIBIT B

# To Affidavit of Service

**Kyndra Griffin**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Wednesday, October 18, 2023 9:13 AM |
| **To:** | Kyndra Griffin |
| **Subject:** | USPS® Item Delivered, Individual Picked Up at Postal Facility 9589071052701400878746 |



Hello **Kyndra Griffin**,

Your item was picked up at a postal facility at 11:42 am on October 17, 2023 in WASHINGTON, DC 20535.

Tracking Number: **9589071052701400878746**

**Delivered, Individual Picked Up at Postal Facility**



**Tracking & Delivery Options**

**My Account**

**Kyndra Griffin**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Wednesday, October 18, 2023 2:36 PM |
| **To:** | Kyndra Griffin |
| **Subject:** | USPS® Item Delivered, Individual Picked Up at Postal Facility 9589071052701400878753 |



Hello **Kyndra Griffin**,

Your item was picked up at a postal facility at 4:57 am on October 18, 2023 in WASHINGTON, DC 20530.

Tracking Number: **9589071052701400878753**

**Delivered, Individual Picked Up at Postal Facility**



Tracking & Delivery Options

**My Account**

1

**Kyndra Griffin**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Wednesday, October 18, 2023 4:56 PM |
| **To:** | Kyndra Griffin |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 9589071052701400878784 |



Hello **Kyndra Griffin**,

Your item was delivered to the front desk, reception area, or mail room at 12:59 pm on October 18, 2023 in LOS ANGELES, CA 90012.

Tracking Number: **9589071052701400878784**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

**My Account**

1