| Attorney or Party without Attorney:<br>Joseph Gay*<br>Institute for Justice<br>901 N. Glebe Road, Suite 900<br>Arlington, VA 22203<br>Telephone No: 703-682-9320<br>*Admitted Pro Hac Vice<br><br>Attorney for: Plaintiff(s) | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Central District Of California |

| Plaintiff(s): Donald Leo Mellein |
|---|
| Defendant: United States of America, et al. |

| **PROOF OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-07970-RGK-MAR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; See attached for list of service documents

3. a. Party served:                          Lynne Zellhart
   b. Person served:                         Jane Doe, Legal Unit Department, Caucasian, Female, 50 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 160 Pounds

4. Address where the party was served:      Los Angeles, Federal Bureau of Investigat
                                             11000 Wilshire Blvd, Ste 1700
                                             Los Angeles, CA  90024

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Oct. 17, 2023 (2) at: 1:20PM

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Juan Macario                                       d. *The Fee for Service was:*
   b. **Class Action Research & Litigation**             e. I am: (3) registered California process server
      P O Box 740                                              (i)   Independent Contractor
      Penryn, CA  95663                                        (ii)  Registration No.:      2023095762
   c. (916) 663-2562, FAX (916) 663-4955                       (iii) County:                Los Angeles

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   Date: Thu, Oct. 19, 2023

                                                                                  (Juan Macario)

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons and Complaint | | jogay.255578 |
|---|---|---|---|

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>Federal Bureau of Investigation<br>Special Agent LYNNE ZELLHART,<br>in her individual capacity; and DOES<br>1 through 5, Federal Bureau of<br>Investigation agents in their<br>individual capacities,<br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-07970-RGK-MAR<br><br><br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: September 22, 2023 |

　　ECF 1　　Complaint

　　ECF 2　　Proposed Summons on the U.S.A. c/o U.S. Attorney General Merrick Garland

　　ECF 2-1 Proposed Summons on Lynne Zellhart (in her individual capacity)

　　ECF 2-2 Proposed Summons on DOES 1 through 5, FBI Agents (in their individual capacities)

　　ECF 3　　Civil Coversheet

　　　　　　ECF 3-1 Attachment to Civil Cover Sheet

　　ECF 4　　Certification and Notice of Interested Parties (Local Rule 7.1-1)

　　　　　　ECF 4-1 Attachment to Certification and Notice of Interested Parties

　　ECF 5　Plaintiff's Notice of Related Cases

　　ECF 6　Notice of Pendency of Other Actions or Proceedings

　　ECF 7　Notice of Assignment to U.S. District Judge, Consuelo B. Marshall
　　　　　　-Standing Order of Judge Marshall included in summons packet

　　ECF 8　Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge

1

ECF 9    Issued Summons to U.S.A. c/o U.S. Attorney General Merrick Garland

ECF 9-1  Issued Summons to Lynne Zellhart (in her individual capacity)

ECF 9-2  Issued Summons to DOES 1 through 5, FBI Agents (in their individual capacities)

ECF 10   Notice of *Pro Hac Vice* Application Due for Joseph Gay

ECF 11   Notice of *Pro Hac Vice* Application Due for Robert Frommer

ECF 12   Notice of *Pro Hac Vice* Application Due for Robert E. Johnson

ECF 13   Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice*

    ECF 13-1   Proposed Order on Joseph R. Gay *Pro Hac Vice* Application

ECF 14   Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice*

    ECF 14-1   Proposed Order on Robert P. Frommer *Pro Hac Vice* Application

ECF 15   Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice*

    ECF 15-1   Proposed Order on Robert E. Johnson *Pro Hac Vice* Application

ECF 16   Notice to Filer of Deficiencies in E-Filed *Pro Hac Vice* Applications Document Numbers ECF 13, 14, 15

ECF 17   Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice*

    ECF 17-1   Proposed Order on Joseph R. Gay *Pro Hac Vice* Application

ECF 18  Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice*
    ECF 18-1   Proposed Order on Robert P. Frommer *Pro Hac Vice* Application

ECF 19  Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice*
    ECF 19-1   Proposed Order on Robert E. Johnson *Pro Hac Vice* Application

ECF 20  Order Re Transfer (Related Cases) to Judge R. Gary Klausner

ECF 21  Standing Order Regarding Newly Assigned Cases – Judge Klausner

ECF 22  Order granting *Pro Hac Vice* Application of Joseph R. Gay

ECF 23  Order granting *Pro Hac Vice* Application of Robert P. Frommer

ECF 24  Order granting *Pro Hac Vice* Application of Robert E. Johnson

ECF 25  Non-Document Order Vacating as Moot the Orders Granting *Pro Hac Vice* Applications Documents ECF 22, 23, 24 and Denying those applications Documents ECF 17, 18, 19, due to deficient name change regarding associated local counsel

ECF 26  Joseph R. Gay, Application of Non-Resident Attorney to Appear *Pro Hac Vice*
    ECF 26-1   DC Certificate of Good Standing
    ECF 26-2   NY Certificate of Good Standing
    ECF 26-3   Proposed Order on Joseph R. Gay *Pro Hac Vice* Application

ECF 27  Robert P. Frommer, Application of Non-Resident Attorney to Appear *Pro Hac Vice*
    ECF 27-1   DC Certificate of Good Standing
    ECF 27-2   VA Certificate of Good Standing

    ECF 27-3 Proposed Order on Robert P. Frommer *Pro Hac Vice* Application

ECF 28 Robert E. Johnson, Application of Non-Resident Attorney to Appear *Pro Hac Vice*

    ECF 28-1 DC Certificate of Good Standing

    ECF 28-2 VA Certificate of Good Standing

    ECF 28-3 OH Certificate of Good Standing

    ECF 28-4 Proposed Order on Robert E. Johnson *Pro Hac Vice* Application

ECF 29 Order granting *Pro Hac Vice* Application of Joseph R. Gay

ECF 30 Order granting *Pro Hac Vice* Application of Robert P. Frommer

ECF 31 Order granting *Pro Hac Vice* Application of Robert E. Johnson