**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:23cv7970   Doc: 22

Robert E Johnson
Robert E Johnson Law Offices
2301 East Daily Drive  Suite 302
Camarillo, CA 93010



FILED
CLERK, U.S. DISTRICT COURT
NOV - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY      ASH          DEPUTY

2:23cv 7970

RGK



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

NIXIE   910   7E 1         7211/01/23
       RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD

Case: 2:23cv7970  Doc: 22

Robert E Johnson
Robert E Johnson Law Offices
2301 East Daily Drive  Suite 302
Camarillo, CA 93010

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36672405@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-07970-RGK-MAR Donald Leo Mellein v. United States of America et al Order on Motion to Appear Pro Hac Vice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2023 at 1:22 PM PDT and filed on 10/6/2023

| | |
|---|---|
| **Case Name:** | Donald Leo Mellein v. United States of America et al |
| **Case Number:** | 2:23-cv-07970-RGK-MAR |
| **Filer:** | |
| **Document Number:** | 22 |

**Docket Text:**
**ORDER by Judge R. Gary Klausner granting [13], [17] Non-Resident Attorney Joseph R Gay APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Donald Leo Mellein, designating Lou Egerton-Wiley as local counsel. (jp)**

**2:23-cv-07970-RGK-MAR Notice has been electronically mailed to:**
Jeffrey A Atteberry    jatteberry@voralaw.com, nvora@voralaw.com
Joseph R. Gay    jgay@ij.org
Robert E. Johnson    cnasca@ij.org, rjohnson@ij.org, kgriffin@ij.org
Nilay U. Vora    nvora@voralaw.com
Amy Egerton-Wiley    lou@voralaw.com
Robert P. Frommer    cnasca@ij.org, rfrommer@ij.org, kgriffin@ij.org
**2:23-cv-07970-RGK-MAR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Robert E Johnson
Robert E Johnson Law Offices
2301 East Daily Drive Suite 302
Camarillo CA 93010