E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827 (Yang) -0929 (Chun)
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov
           yujin.chun@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:23-cv-07970-RGK-MAR<br><br>**STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

    Counsel for plaintiff Donald Leo Mellein ("Plaintiff") and defendants United States of America ("United States") and Lynne Zellhart (the United States and Lynne Zellhart are hereinafter collectively referred to as the "Defendants") hereby enter into the following stipulation to set the briefing schedule on Defendants' anticipated motions to dismiss. The stipulation is based on the following:

1. Plaintiff served his Complaint on defendant United States on October 16, 2023 and on defendant Lynne Zellhart on October 17, 2023.

2. The parties previously stipulated that Defendants shall have an additional thirty (30) days to respond to the Complaint such that Defendants' deadline to respond to the Complaint shall be January 16, 2024.

3. The parties hereby stipulate to a consolidated briefing schedule to enable Defendants' anticipated motions to dismiss to be heard on the same schedule.

ACCORDINGLY, Plaintiffs and Defendants HEREBY STIPULATE THAT

(1) The United States and Zellhart's anticipated motions to dismiss shall be briefed and heard on the following schedule, subject to Court approval:

    a. Motion Filing Deadline: January 16, 2024

    b. Plaintiffs' Opposition Deadline: February 6, 2024

    c. Reply Deadline: February 16, 2024

    d. Hearing: March 4, 2024 at 9:00 a.m.

Dated: December 13, 2023        Respectfully submitted,

INSTITUTE FOR JUSTICE
Joseph Gay*
Robert Frommer*
Robert E. Johnson*

THE VORA LAW FIRM, P.C.
Lou Egerton-Wiley
Nilay U. Vora
Jeffrey Atteberry

*/s/ Joseph Gay*
JOSEPH GAY
Counsel for Plaintiff
* Admitted *pro hac vice*

1

Dated: December 13, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Jasmin Yang*
JASMIN YANG
Assistant United States Attorney

Attorneys for the United States of America and Lynne Zellhart

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, Joseph Gay, has concurred in this filing.

DATED: December 13, 2023        */s/ Jasmin Yang*

_____
JASMIN YANG
Assistant United States Attorney