UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. CV 23-07970-RGK-MAR<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

　　　Upon good cause being shown as set forth in Stipulation to Set Briefing Schedule on Motions to Dismiss ("Stipulation") entered into between Donald Leo Mellein ("Plaintiff") and the United States of America and Lynne Zellhart ("Defendants"), the Court hereby approves the Stipulation.

/ / /

/ / /

/ / /

1

1  IT IS HEREBY ORDERED that:

2  The United States and Lynne Zellhart's anticipated motions to dismiss shall be
3  briefed and heard on the following schedule:

4      1.  Motion Filing Deadline: January 16, 2024
5      2.  Plaintiff's Opposition Deadline: February 6, 2024
6      3.  Reply Deadline: February 16, 2024
7      4.  Hearing: March 4, 2024 at 9:00 a.m.

8  IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge