AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA; and Federal Bureau of Investigation Special Agents LYNNE ZELLHART, NATHAN CHERNEY, KAARE MATHISON, ALLEN GROVE, CHRISTINA CLYBURN, and BLAIRE FULCHER, in their individual capacities,<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-07970-RGK-MAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christina Clyburn
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| THE VORA LAW FIRM, P.C. | INSTITUTE FOR JUSTICE |
|---|---|
| Nilay U. Vora (SBN 268339) | Joseph Gay (admited pro hac vice) |
| Jeffrey Atteberry (SBN 266728) | Robert Frommer (admitted pro hac vice) |
| 201 Santa Monica Blvd., Ste. 300 | Robert E. Johnson (admitted pro hac vice) |
| Santa Monica, California 90401 | 901 N. Glebe Road, Suite 900 |
| Tel. (424) 258-5190 | Arlington, VA  22203 |
| Email: nvora@voralaw.com; | Tel. (703) 682-9320 |
| jatteberry@voralaw.com | Email: jgay@ij.org; rfrommer@ij.org; rjohnson@ij.org |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-07970-RGK-MAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: