| | |
|---|---|
| *Attorney or Party without Attorney:*<br>  Joseph Gay, Esq., Bar (admitted Pro Hac Vice)<br>  Institute for Justice<br>  901 N. Glebe Road, Suite 900<br>  Arlington, VA  22203<br>*Telephone No:* 703-682-9320 | *For Court Use Only* |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Central District Of California

*Plaintiff(s):* Donald Leo Mellein
*Defendant:* United States of America, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>23CV07970RGKMAR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on First Amended Complaint, First Amended Complaint; Plaintiffs' Notice of Motion for Extension of Time for Service and Memorandum in Support; Declaration of Joseph Gay In Support of Motion; [Proposed] Order Granting Motion for Extension of Time for Service

3. a. Party served:                  Nathan Cherney
   b. Person served:                 Jane Doe, (name refused), Clerk at Legal Unit Department / Authorized to Accept Service, Caucasian, Female, 32-37 Years Old, Brown Hair, Brown Eyes, 5 Feet 11 Inches, 140 Pounds

4. Address where the party was served:   Los Angeles Federal Bureau of Invest.
                                         11000 Wilshire Blvd, Suite 1700
                                         Los Angeles, CA  90024

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Dec. 22, 2023 (2) at: 9:55AM

7. **Person Who Served Papers:**                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Grach  Adjimikrian                                             d. **The Fee** for Service was:
   b. **Class Action Research & Litigation**                         e. I am: (3)  registered California process server
      P O Box 740                                                        (i)    Independent Contractor
      Penryn, CA  95663                                                  (ii)   Registration No.:    2022226377
   c. (916) 663-2562, FAX (916) 663-4955                                 (iii)  County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Dec. 26, 2023

   **Judicial Council Form**                    PROOF OF SERVICE                    *(Grach Adjimikrian)*                     *jogay.258785*
   Rule 2.150.(a)&(b) Rev January 1, 2007