| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Joseph Gay, Esq., Bar (admitted Pro Hac Vice)<br>Institute for Justice<br>901 N. Glebe Road, Suite 900<br>Arlington, VA  22203<br>*Telephone No:* 703-682-9320 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Central District Of California |

*Plaintiff(s):* Donald Leo Mellein
*Defendant:* United States of America, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>23CV07970RGKMAR |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action on First Amended Complaint, First Amended Complaint; Plaintiffs' Notice of Motion for Extension of Time for Service and Memorandum in Support; Declaration of Joseph Gay In Support of Motion; [Proposed] Order Granting Motion for Extension of Time for Service

3.  a. Party served:                          Blaire Fulcher
    b. Person served:                        Jane Doe, (name refused), Clerk at Legal Unit Department / Authorized to Accept
                                                    Service, Caucasian, Female, 32-37 Years Old, Brown Hair, Brown Eyes, 5 Feet 11
                                                    Inches, 140 Pounds

4.  *Address where the party was served:*     Los Angeles Federal Bureau of Invest.
                                                    11000 Wilshire Blvd, Suite 1700
                                                    Los Angeles, CA  90024

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
       process for the party (1) on: Fri., Dec. 22, 2023 (2) at: 9:55AM

*7.  Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Grach  Adjimikrian                      d.  *The Fee for Service was:*
    **b. Class Action Research & Litigation**   e.  I am: (3)  registered California process server
       P O Box 740                                  *(i)*   Independent Contractor
       Penryn, CA  95663                            *(ii)*   Registration No.:        2022226377
    c. (916) 663-2562, FAX (916) 663-4955           *(iii)*  County:                   Los Angeles

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date:  Tue, Dec. 26, 2023*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE** | (Grach  Adjimikrian) | *jogay.258786* |
|---|---|---|---|