# EXHIBIT B

# To Affidavit of Service

**Kyndra Griffin**

From: auto-reply@usps.com <auto-reply@usps.com>
Sent: Thursday, December 28, 2023 10:44 PM
To: Kyndra Griffin <KGriffin@ij.org>
Subject: USPS® Item Delivered, Individual Picked Up at Postal Facility 9589071052701400878616



Hello **Kyndra Griffin**,

Your item was picked up at a postal facility at 4:57 am on December 26, 2023 in WASHINGTON, DC 20530.

Tracking Number: **9589071052701400878616**

**Delivered, Individual Picked Up at Postal Facility**



Tracking & Delivery Options

My Account

**Kyndra Griffin**

---

**From:** auto-reply@usps.com <auto-reply@usps.com>
**Sent:** Thursday, December 28, 2023 10:44 PM
**To:** Kyndra Griffin <KGriffin@ij.org>
**Subject:** USPS® Item Delivered, Front Desk/Reception/Mail Room 9589071052701400878623



Hello **Kyndra Griffin**,

Your item was delivered to the front desk, reception area, or mail room at 1:36 pm on December 26, 2023 in LOS ANGELES, CA 90012.

Tracking Number: **9589071052701400878623**

**Delivered, Front Desk/Reception/Mail Room**



Tracking & Delivery Options

**My Account**

1