# EXHIBIT A

# To Affidavit of Service



