**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DONALD LEO MELLEIN,** | Case No. 2:23-cv-07970-RGK-MAR |
| Plaintiff, | |
| **v.** | **AFFIDAVIT OF SERVICE** |
| **UNITED STATES OF AMERICA; and Federal Bureau of Investigation Special Agents LYNNE ZELLHART, NATHAN CHERNEY, KAARE MATHISON, ALLEN GROVE, CHRISTINA CLYBURN, and BLAIRE FULCHER, in their individual capacities,** | |
| | Judge: Hon. R. Gary Klausner |
| | Complaint Filed: September 22, 2023 |
| Defendants. | Am. Complaint Filed: Dec. 19, 2023 |

I, Kyndra Griffin, declare and state as follows:

1.    At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2.    I am employed by the Institute for Justice in the County of Arlington, State of Virginia. My business address is Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203.

3.    I hereby certify that I was directed to serve defendants by counsel Joseph Gay, admitted *pro hac vice* into this case, along with Jeffrey Atteberry of the Vora Law Firm, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4.    I further certify that on **Friday, December 22, 2023** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant <u>Christina Clyburn</u>:

ECF 45  First Amended Complaint

ECF 48-3 Issued Summons to Christina Clyburn (in their individual capacity)

ECF 50  Plaintiff's Notice of Motion for Extension of Time for Service and Memorandum in Support

ECF 50-1 Declaration of Joseph Gay in Support of Motion

ECF 50-2 Exhibit A to Joseph Gay Declaration

ECF 50-3 Proposed Order on Motion for Extension of Time

5.    I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(3):

| | |
|---|---|
| Christina Clyburn<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Christina Clyburn<br>c/o U.S. Attorney's Office, C.D. of California<br>Civil Process Clerk<br>Federal Building<br>300 North Los Angeles Street, Suite 7516<br>Los Angeles, California 90012-3341 |

1

6.   I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via USPS certified mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Arlington, VA.  I requested personal service of true and correct copies of the documents listed in para. 4 to be delivered to Defendant Christina Clyburn via process server pursuant to Fed. R. Civ. P. 4(e) with proof of service to be filed separately.

7.   Attached to this affidavit as Exhibit A are true and correct copies of the Certified mail receipts for the above mailings reflecting tracking numbers: 9589071052701400878685 (U.S. Attorney General, Merrick Garland) and 70222410000107562119 (U.S. Attorney General for the Central District of California).

8.   Attached to this affidavit as Exhibit B are the email notifications showing that package 9589071052701400878685 (U.S. Attorney General, Merrick Garland) was delivered via individual pick-up on Tuesday December 26, 2023 and package 70222410000107562119 (U.S. Attorney General for the Central District of California) was delivered to the front desk, reception area, or mail room on Tuesday December 26, 2023.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _28th_ day of December, 2023.


_____
Kyndra Griffin