# EXHIBIT A

# To Affidavit of Service

9589 0710 5270 1400 8786 85

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $4.35 |
| | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.20 |
| ☐ Return Receipt (hardcopy) $ | |
| ☒ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☒ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $3.27 |
| Total Postage and Fees $ | $9.82 |

0132
28

Postmark Here

WASHINGTON VA 22203 DEC 22 2023 USPS

12/22/2023

Sent To
Christina Clyburn c/o US Atty Gen Merrick Garland
Street and Apt. No., or PO Box No.
U.S. Dept of Justice, 950 Pennsylvania Avenue, NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

7022 2410 0001 0756 2119

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Los Angeles, CA 90012

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $4.35 |
| | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.20 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☒ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☒ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $3.27 |
| Total Postage and Fees $ | $9.82 |

0132
28

ARLINGTON VA 22203 DEC 22 2023 USPS

Postmark Here

12/22/2023

Sent To
Christina Clyburn c/o USAO C.D. of CA Civil Process clerk
Street and Apt. No., or PO Box No.
Fed. Bldg 300 N. Los Angeles Street Suite 7516
City, State, ZIP+4®
Los Angeles, CA 90012-3341

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions



