| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Joseph Gay, Esq., Bar #(admitted Pro Hac Vice)<br>Institute for Justice<br>901 N. Glebe Road, Suite 900<br>Arlington, VA  22203<br>*Telephone No:* 703-682-9320<br><br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District Of California

*Plaintiff(s):* Donald Leo Mellein
*Defendant:* United States of America, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>23CV07970RGKMAR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on First Amended Complaint, First Amended Complaint; Plaintiffs' Notice of Motion for Extension of Time for Service and Memorandum in Support; Declaration of Joseph Gay In Support of Motion; [Proposed] Order Granting Motion for Extension of Time for Service

3. a. Party served:  Christina Clyburn
   b. Person served:  Jane Doe, (name refused), Clerk at Legal Unit Department / Authorized to Accept Service,  Asian, Female, 60 Years Old, Gray Hair, 5 Feet 8 Inches, 140 Pounds

4. Address where the party was served:  Los Angeles Federal Bureau of Invest
   11000 Wilshire Blvd, Suite 1700
   Los Angeles, CA  90024

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jan. 02, 2024 (2) at: 10:35AM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Grach  Adjimikrian                                      d. **The Fee** for Service was:
   **b. Class Action Research & Litigation**                  e. I am: (3)  registered California process server
      P O Box 740                                                (i)   Independent Contractor
      Penryn, CA  95663                                          (ii)  Registration No.:    2022226377
   c. (916) 663-2562, FAX (916) 663-4955                         (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:  Tue, Jan. 02, 2024

   **Judicial Council Form**                       PROOF OF SERVICE                 *(Grach  Adjimikrian)*
   **Rule 2.150.(a)&(b) Rev January 1, 2007**                                                              *jogay.258784*