1   E. MARTIN ESTRADA
    United States Attorney
2   DAVID M. HARRIS
    Assistant United States Attorney
3   Chief, Civil Division
    JOANNE S. OSINOFF
4   Assistant United States Attorney
    Chief, Complex and Defensive Litigation Section
5   JASMIN YANG (Cal. Bar No. 255254)
    YUJIN CHUN (Cal. Bar No. 306298)
6   Assistant United States Attorney
            Federal Building, Suite 7516
7           300 North Los Angeles Street
            Los Angeles, California 90012
8           Telephone: (213) 894-8827 (Yang) -0929 (Chun)
            Facsimile: (213) 894-7819
9           E-mail: jasmin.yang@usdoj.gov
                    yujin.chun@usdoj.gov
10
    Attorneys for Nathan Cherney, Kaare Mathison,
11  Allen Grove, Christina Clyburn, and Blaire Fulcher

12                    UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

15

16  DONALD LEO MELLEIN,                 No. 2:23-cv-07970-RGK-MAR

17          Plaintiff,                  **STIPULATION TO EXTEND TIME TO
                                        RESPOND TO INITIAL COMPLAINT
18          v.                          BY NOT MORE THAN 30 DAYS (L.R.
                                        8-3)**
19  UNITED STATES OF AMERICA, et
    al.,                                Complaint Served: December 22, 2023
20                                      Current Response Date: February 20, 2024
            Defendants.                 New Response Date: March 21, 2024
21
                                        Honorable R. Gary Klausner
22                                      United States District Judge

23

24

25          Counsel for plaintiff Donald Leo Mellein ("Plaintiff") and defendants Nathan

26  Cherney, Kaare Mathison, Allen Grove, Christina Clyburn, and Blaire Fulcher

27  (hereinafter collectively referred to as the "Additional Individual Defendants") hereby

28  enter into the following stipulation to extend defendants' deadline to respond to the First

                                        1

1    Amended Complaint. The stipulation is based on the following:

2        1.    Plaintiff served his First Amended Complaint on defendants Nathan

3    Cherney, Blaire Fulcher, Allen Grove, and Kaare Mathison on December 22, 2023.

4    Plaintiff served his First Amended Complaint on defendant Christina Clyburn on

5    January 2, 2024.

6        2.    Nathan Cherney, Blaire Fulcher, Allen Grove, and Kaare Mathison's

7    deadline to respond to the First Amended Complaint is February 20, 2024. Christina

8    Clyburn's deadline to respond to the First Amended complaint is March 4, 2024.

9        3.    The parties hereby stipulate that the Additional Individual Defendants shall

10    have an additional thirty (30) days from February 20, 2024 through and including March

11    21, 2024, to respond to the First Amended Complaint.

12

13    Dated:  February 16, 2024       Respectfully submitted,

14                              INSTITUTE FOR JUSTICE
                                     Joseph Gay*

15                              Robert Frommer*
                                   Robert E. Johnson*

16

17                              THE VORA LAW FIRM, P.C.
                                   Lou Egerton-Wiley

18                              Nilay U. Vora
                                   Jeffrey Atteberry

19

20                              */s/ Joseph Gay*
                                   JOSEPH GAY

21                              Counsel for Plaintiff
                                   * Admitted *pro hac vice*

22

23

24

25

26

27

28

Dated: February 16, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


*/s/ Jasmin Yang*
JASMIN YANG
Assistant United States Attorney

Attorneys for Nathan Cherney, Kaare Mathison, Allen Grove, Christina Clyburn, and Blaire Fulcher


ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3). In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, Joseph Gay, has concurred in this filing.

DATED:  February 16, 2024          */s/ Jasmin Yang*

_____
JASMIN YANG
Assistant United States Attorney

3