No JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. CV 23-07970-RGK-MAR<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS ADDITIONAL INDIVIDUAL DEFENDANTS SUBJECT TO PRESERVATION OF RIGHT OF APPEAL  [79]<br><br>Honorable R. Gary Klausner<br>United States District Judge |

   Upon good cause being shown as set forth in Stipulation to Dismiss Additional Individual Defendants Subject to Preservation of Right of Appeal ("Stipulation") entered into between Donald Leo Mellein ("Plaintiff") and the United States of America and Lynne Zellhart, Nathan Cherney, Kaare Mathison, Allen Grove, Christina Clyburn, and Blaire Fulcher ("Defendants"), the Court hereby approves the Stipulation.

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that:

(1) For the reasons discussed in this Court's order dismissing Defendant Zellhart (Dkt. 73), Defendants Nathan Cherney, Kaare Mathison, Allen Grove, Christina Clyburn, and Blaire Fulcher are dismissed with prejudice from this action;

(2) Notwithstanding Plaintiff's acknowledgment that this Court's reasons for dismissing the claims against Defendant Zellhart also apply to the dismissal of the claims against Nathan Cherney, Kaare Mathison, Allen Grove, Christina Clyburn, and Blaire Fulcher, Plaintiff reserves the right to appeal their dismissal on the same grounds that would apply to an appeal of Defendant Zellhart's dismissal; and

(3) With respect to Nathan Cherney, Kaare Mathison, Allen Grove, Christina Clyburn, and Blaire Fulcher, each party shall bear his, her, or its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: 3/22/2024

_____
THE HONORABLE R. GARY KLAUSNER
United States District Judge