**THE INSTITUTE FOR JUSTICE**
Joseph Gay*
jgay@ij.org
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted *pro hac vice*.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **DONALD LEO MELLEIN,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | Case No. 2:23-cv-07970-RGK-MAR<br><br>**DECLARATION OF JOSEPH GAY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER REQUIRING DEFENDANT TO FINISH RESPONDING TO DISCOVERY**<br><br>*(Filed concurrently with Plaintiff's* Ex Parte *Application and Proposed Order)*<br><br>DISCOVERY MATTER<br><br>Judge: Hon. Margo A. Rocconi<br>Discovery Cutoff: Sept. 4, 2024<br>Pretrial Conference: Nov. 18, 2024<br>Trial Date: Dec. 3, 2024 |

I, Joseph Gay, declare:

1. I am an active member of the State Bar of New York and the District of Columbia Bar, and I am an attorney at the Institute for Justice. I represent Plaintiff in this action and submit this declaration in support of Plaintiff's *Ex Parte* Application for Order Requiring Defendant to Finish Responding to Discovery.

2. Attached as <u>Exhibit A</u> is the Scheduling Order for this case, which was filed in this action at Docket Entry 83 (Apr. 8, 2024).

3. Attached as <u>Exhibit B</u> is the Order for Court Trial for this case, which was filed in this action at Docket Entry 84 (Apr. 8, 2024).

4. The parties have discussed the current dispute about the FBI's obligations to complete its document productions in a timely manner on several occasions, including by phone on May 20 and June 21, 2024, in person on July 31, and by phone on August 14, 2024.

5. On August 14, 2024, at about 5:00pm PT, I orally advised counsel for Defendant (Assistant U.S. Attorneys Jasmin Yang and Yujin Chun) about Plaintiff's intention to apply for *ex parte* relief and of the date and substance of the Application that this Declaration supports. Defendant's counsel stated that Defendant opposes the application. During that discussion, counsel for the government relayed information they had received from the FBI that the FBI might be able to finish producing the documents that it agreed to produce in response to Plaintiff's April 10, 2024 discovery requests by August 23, 2024. The FBI, however, has not **started** looking at documents that are responsive to either Plaintiff's June 28, 2024, discovery requests or any of the discovery ordered by the Court in its July 31, 2024 Order.

6. On August 6, 2024, the parties requested a telephonic conference with the Court to discuss whether the government must provide a reasonable time by which it will complete its productions and whether that time must be before the discovery cut-off date on September 4, 2024. That same day, the Court granted

leave to file a motion to compel without a telephonic conference. Attached as Exhibit C is a copy of the email chain with the parties' request for a telephonic conference and the Court's leave to file a motion to compel.

7. Attached as Exhibit D is a copy of the Form-597 "Receipt for Property" documenting the items returned to Plaintiff Don Mellein's former attorney on June 14, 2021.

8. Attached as Exhibit E is a copy of the Form FD-302, describing the government's discovery of some of Plaintiff Don Mellein's coins on about June 14, 2021.

9. Attached as Exhibit F is a copy of the Declaration of Special Agent Lynne Zellhart, which was filed as docket entry 30-1 in the earlier lawsuit, *Mellein v. United States*, No. 2:21-cv-6588 (C.D. Cal. Dec. 2, 2021), which I obtained from the public docket in that case.

10. Attached as Exhibit G is a copy of my email to Defendant's counsel dated April 10, 2024, serving Plaintiff's first set of discovery requests. These requests are the bulk of Plaintiff's discovery requests in this matter. After the government's May 10, 2024, responses and objections, on May 16, 2024, I requested a Local Rule 37-1 conference regarding the government's objection to providing discovery about other boxes with missing or misplaced property.

11. Attached as Exhibit H is a copy of an email chain between the parties regarding Defendant's responses/objections to Plaintiff's discovery requests and the timing of Defendant's productions. I did not receive a response to my final email in this chain.

12. On May 20, 2024, at 1:30pm PT, the parties held a meet-and-confer by telephone regarding discovery. Robert Frommer and I attended for Plaintiff. Jasmin Yang attended for Defendant, and Yujin Chun may have been on the call for Defendant, as well. During that call, Plaintiff's counsel again emphasized the need for the FBI to promptly produce its documents. Defendant's counsel

1  responded that non-email documents would be produced by the end of the week
2  and that they hoped to know more about emails the following week.

3      13.   Attached as <u>Exhibit I</u> is a copy of an email chain between the parties
4  regarding Defendant's document productions. I did not receive a response to my
5  email in the chain dated June 7, 2024, addressing the government's production
6  schedule and requesting a Local Rule 37-1 conference. I also did not receive a
7  response to my email dated June 14, 2024, following up on my earlier email and
8  again requesting a Local Rule 37-1 conference.

9      14.   On June 21, 2024, at about 11:30am PT, counsel for the parties joined
10 a conference call to meet and confer about discovery issues. Robert Frommer,
11 Robert Johnson, and I attended for Plaintiff. Jasmin Yang and Yujin Chun attended
12 for the government. During that call, Plaintiff's counsel again asked about the
13 status of the FBI's document productions. Counsel for the government explained
14 that they did not have access to the documents the FBI was reviewing and that it is
15 "hard" to get agencies to do things on time. They also said that they hoped to have
16 an estimate for the FBI's production the following Tuesday.

17     15.   After that call, on June 21, 2024, I again emailed the government (as
18 part of the email chain attached as Exhibit I) about the FBI's productions and asked
19 the government to provide a statement of its position to include in a request for a
20 prefiling teleconference under Magistrate Judge Rocconi's procedures. I also did
21 not receive a response to that email.

22     16.   On June 27, 2024, the government responded within several minutes
23 to my June 27, 2024 email about presenting the dispute to the Court for a prefiling
24 teleconference (as reflected in Exhibit I). Based on that response, I understood that
25 the FBI would begin producing responsive email communications soon, that there
26 would be no difficulty completing those productions within the remaining
27 discovery period, and that motion practice was therefore unnecessary at that time.

28     17.   The government produced four sets of email communications between

1  July 5 and July 23, 2024. It produced an additional set of email communications on
2  August 12, 2024.
3        18.    On July 31, 2024, in-person depositions were held in Santa Monica,
4  California. Robert Frommer and I were present for Plaintiff. Assistant United
5  States Attorneys Jasmin Yang and Yujin Chun attended for the government, along
6  with Ted Schwartz, an attorney with the FBI's Office of General Counsel who is
7  based in Los Angeles. After the deposition, I again asked counsel for the
8  government about the status of the FBI's document productions, given the
9  approaching discovery cut-off date. Ms. Chun stated that the government expected
10 to have an estimated completion date from the FBI by Friday, August 2, 2024. Mr.
11 Schwartz did not say anything to contradict that understanding.
12       19.    Attached as Exhibit J is a copy of an August 2024 email chain
13 between the parties regarding the timing of the FBI's productions.
14       20.    I was also one of the attorneys representing the named plaintiffs and
15 the certified class in *Snitko v. United States*, No. 2:21-cv-04405 (C.D. Cal.). I am
16 familiar with the discovery the FBI provided in that case. In addition to failing to
17 produce videos showing the search for about 90 safe-deposit boxes and written
18 records for about 56 boxes (Joint Stipulation ¶ 13, *Snitko*, Dkt. 109 at 5), the FBI
19 produced virtually no email communications, even though the plaintiffs had
20 requested them and the government had agreed to produce them.

22       I declare under the penalty of perjury under the laws of the United States that
23 the foregoing is true and correct.

25 Executed this 15th day of August, 2024.

27                         */s/ Joseph Gay*
                           Joseph Gay
28