# EXHIBIT 1

Case 2:23-cv-07970-RGK-MAR   Document 105-1   Filed 08/30/24   Page 1 of 4   Page ID #:1173

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
YUJIN CHUN (Cal. Bar No. 306298)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827 (Yang)-0929 (Chun)
    Facsimile: (213) 894-7819
    E-mail: jasmin.yang@usdoj.gov
          yujin.chun@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 2:23-cv-07970-RGK-MAR<br><br>**DEFENDANT UNITED STATES OF AMERICA'S OFFER OF JUDGMENT TO PLAINTIFF DONALD LEO MELLEIN**<br><br>[Federal Rule of Civil Procedure 68] |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Defendant the United States of America hereby makes Plaintiff an Offer of Judgment in the amount of ONE HUNDRED SIXTY-SIX THOUSAND ONE HUNDRED THREE DOLLARS AND 00/100 ($166,103.00) and his costs of suit.[1] Defendant's payment of $166,103.00 and costs of suit shall be the total amount that Defendant shall be obligated to pay on account of any liability claimed herein, and which shall include, without limitation, any liability for costs of suit or attorney fees awardable by statute, contract, or otherwise, and any claim for fees payable to expert witnesses.

This Offer of Judgment is made pursuant to Rule 68 of the Federal Rules of Civil Procedure. Plaintiff may accept this Offer of Judgment by serving written notice of acceptance upon undersigned counsel within fourteen (14) days after service of the Offer of Judgment. Fed. R. Civ. P. 68(a). If Plaintiff accepts the Offer of Judgment, either party may then file the offer and notice of acceptance, plus proof of service, and the clerk must then enter judgment. Fed. R. Civ. P. 68(a).

/ / /

/ / /

/ / /

---

[1] Costs of suit does not include attorneys' fees.

1  If Plaintiff does not accept this Offer of Judgment by serving written notice of acceptance within fourteen (14) days after service of the Offer of Judgment, then the offer is considered withdrawn. Fed. R. Civ. P. 68(b). If Plaintiff does not accept this Offer of Judgment, and if any judgment which Plaintiff might finally obtain against the Defendant is "not more favorable than the unaccepted offer," then Plaintiff must pay the costs incurred by the Defendant after the offer was made. Fed. R. Civ. P. 68(d).

Dated: August 29, 2024   Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　/s/ *Jasmin Yang*
YUJIN CHUN
JASMIN YANG
Assistant United States Attorneys

Attorneys for Defendant
The United States of America