JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEO MELLEIN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:23-cv-07970-RGK-MAR<br><br>[Proposed] **JUDGMENT**<br><br>Honorable R. Gary Klausner<br><br>[105] |

On August 29, 2024, the United States served a Rule 68 offer on Plaintiff Donald Leo Mellein's remaining claims in this lawsuit. *See* Dkt. 105-1. On August 29, 2024, Plaintiff accepted the Rule 68 offer. Dkt. 105-2. On August 30, 2024, the United States filed a Notice of Lodging of Accepted Rule 68 Offer, filing the offer and the notice of acceptance on the docket pursuant to Fed. R. Civ. P. 68(a). Dkt. 105.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment in this action is entered in favor of Plaintiff Donald Leo Mellein and against Defendant United States of America on Plaintiff Donald Leo Mellein's claims against the United States pursuant to the FTCA (Second Amended Complaint Claims I-III)[1];
2. Plaintiff is awarded the total amount of $166,103.00 in damages.
3. Plaintiff may recover their costs of suit, not including attorneys' fees.

IT IS SO ORDERED.

DATED: August 30, 2024

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed the fourth through ninth claims of the Second Amended Complaint for Conversion and Trespass to Chattels Against Individual Defendants (Count IV), Breach of Bailment Against Individual Defendants (Count V), Negligence Against Individual Defendants (Count VI), Unreasonable Search in Violation of the Fourth Amendment Against Individual Defendants (Count VII), Unreasonable Seizure in Violation of the Fourth Amendment against Individual Defendants, and As-Applied Deprivation of Property without Due Process of Law under the Fifth Amendment Due Process Clause (Count IX). Dkt. 73, 81.